McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-066-2 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ROCKY GORDON, | DATE: May 11, 2018 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant was arraigned on the Indictment on May 4, 2018.

2. At that time, he entered a not guilty plea, demanded a jury trial, and requested that the detention hearing be continued until May 11, 2018. The parties agreed to a time exclusion until May 11, 2018.

3. By this stipulation, the parties now move to continue the detention hearing to May 14, 2018, and to exclude time between May 11, 2018, and May 14, 2018, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case includes about 820 pages of reports, photographs, and recordings. Since the defendant's arraignment, the government has produced

all of this discovery directly to counsel.

        b)      Counsel for defendant desires additional time to consult with his client and to review discovery.

        c)      Government counsel is unable to attend the detention hearing currently scheduled for May 11, 2018. However, May 14, 2018, is a mutually agreeable date.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2018 to May 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2018                         McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ AMANDA BECK
                                              AMANDA BECK
                                              Assistant United States Attorney

Dated: May 9, 2018                         /s/ DAN OLSEN

DAN OLSEN  
Counsel for Defendant  
ROCKY GORDON

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of May, 2018.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE