FILED
July 20, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br> ) <br> Plaintiff,   ) <br> v.                                                         ) <br> ) <br> ROCKY GORDON,                             ) <br> ) <br> Defendant.                           ) | Case No. 18CR00066-TLN <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROCKY GORDON__ , Case No. __18CR00066-TLN__ , Charge __18USC § 922(g)(f)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

✔   Unsecured Appearance Bond $__50,000.00__

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)        __Pretrial conditions as stated on the record.__

The defendant shall be release on Monday July 23, 2018 at 9:00 a.m. to the Pretrial Services Officer

Issued at __Sacramento, CA__ on __July 20, 2018__ at __2:33 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court