DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for Rocky Gordon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKY GORDON,<br><br>    Defendant. | Case No.: 2:18-cr-0066-2-TLN<br><br>STIPULATION REGARDING AMENDMENT TO THE SPECIAL CONDITIONS OF RELEASE<br><br>DATE: October 10, 2018<br><br>COURT: Hon. Deborah Barnes |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. Mr. Gordon is currently on pre-trial release under the supervision of Pretrial Services with an unsecured $50,000 bond.

2. One of the conditions of his release is home detention, where he is confined to his trailer unless he gets prior approval of his pre-trial service's officer to leave.

3. Since his release in July of 2018, Mr. Gordon has been in compliance with all of his conditions of release.

4. On September 12, 2018, Mr. Gordon had surgery to repair a hernia.

5. As part of the doctor's order for recovery, Mr. Gordon is to begin walking three times per day for five to ten minutes at a time with that amount increasing as his recovery increases.

6. Pretrial Services has received Mr. Gordon's follow-up medical documents and is aware of what Mr. Gordon needs to do to recover from his surgery.

- 1 -

7. In addition to exercise for his medical care, Mr. Gordon has numerous medical appointments, drug testing, therapy, and the Better Choices program, all of which require him to leave his trailer.
8. Pretrial services does not have an objection to this request.
9. The Government does not have an objection to this request.
10. By this stipulation, defendant now moves for an order to amend Mr. Gordon's special conditions of release from "home detention" to "curfew" as specified in the attached amended special conditions of release. All other orders currently in effect will remain in effect.

**IT IS SO STIPULATED.**

DATED: October 10, 2018      By:    /s/ Daniel L. Olsen
DANIEL L. OLSEN
Attorney for Rocky Gordon

DATED: October 10, 2018      McGregor Scott
United States Attorney

By:    /s/ Daniel L. Olsen for
Amanda Beck
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: October 11, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## **AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Rocky Gordon
No. 2:18-CR-00066-TLN
Date:October 4, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond shall be delayed until July 23, 2018, at 9:00 AM, at which time you will be released from the custody of the U.S. Marshals to the custody of Pretrial Services;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not obtain a passport or other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. *CURFEW: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations*

14. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, courtroom 27, on August 21, 2018 at 11:00AM.